IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JANUARY 2020 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 7:20-cr-7 |
| v. | **INDICTMENT** |
| CALVIN THOMAS HENDERSON, JR. | **In Violation of:** |
| | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. On or about October 2, 2019, in the Western Judicial District of Virginia, the defendant, CALVIN THOMAS HENDERSON, JR., knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Smith & Wesson model SD40VE .40 caliber pistol. Said firearm had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendants shall forfeit to the United States:

> a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

1

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. **Firearms**

1) A Smith & Wesson model SD40VE .40 caliber pistol, serial # FWX9911
2) All ammunition, magazines, and accessories associated with this firearm
3) If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 23 day of January, 2020.

/s/Foreperson
FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY